IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** King, Dion

Printed: 4/22/08

Case Number: 07 B 04192
Judge: Squires, John H
Filed: 3/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 12, 2008
Confirmed: May 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 500.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 473.00 |
| Trustee Fee: |  | 27.00 |
| Other Funds: |  | 0.00 |
| Totals: | 500.00 | 500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,334.00 | 473.00 |
| 2. | Columbia College | Unsecured | 356.95 | 0.00 |
| 3. | Portfolio Recovery Associates | Unsecured | 37.69 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 78.64 | 0.00 |
| 5. | DePaul University | Unsecured | 175.67 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 10.00 | 0.00 |
| 7. | Sallie Mae | Unsecured | 43.37 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 512.17 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 274.00 | 0.00 |
| 10. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 11. | Associates/Citibank | Unsecured |  | No Claim Filed |
| 12. | Illinois Student Assistance Commission | Unsecured |  | No Claim Filed |
|  |  |  | $ 3,822.49 | $ 473.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 27.00 |
|  | $ 27.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  King, Dion

Printed:  4/22/08

Case Number:  07 B 04192
Judge:  Squires, John H
Filed:  3/9/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

